IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Margaret Thomas, as special administrator for Nephus Thomas, deceased, | ) ) ) ) | |
| *Plaintiff* | ) ) | 19-cv-133 |
| -vs- | ) ) | *(Judge Pallmeyer)* |
| City of Chicago, et al., | ) ) ) | |
| *Defendants* | ) | |

## ORDER

This matter coming before the Court on plaintiff Margaret Thomas's Motion to Approve Settlement and Distribution (ECF No. 122), the Court being fully advised in the premises, and the Court having found that the settlement was made in good faith,

IT IS ORDERED that the Motion to Approve Settlement and Distribution is GRANTED.

IT IS FURTHER ORDERED that $239,342.46 be paid from the settlement to the Law Office of Kenneth N. Flaxman as attorneys' compensation, and that the balance of the settlement ($359,013.70) shall be distributed to the decedent's heirs and for debts and expenses of the estate as ordered by the Cook County Probate Court pursuant to Illinois Law.

Dated: November 13, 2025

_____
Rebecca R. Pallmeyer
United States District Judge